Bert P. Krages II, OSB No. 87279
Attorney at Law
6665 S.W. Hampton Street, Suite 200
Portland, OR 97223
Telephone: (503) 597-2525
Facsimile: (503) 597-2549
e-mail: krages@onemain.com

Attorney for Plaintiff Leonard D. DuBoff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| LEONARD D. DUBOFF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., a Delaware corporation, and MICHAEL GROSS, an individual,<br><br>　　　　　　Defendants. | Case No. 06-CV-358-HA<br><br>DECLARATION OF ROBERT S. DORBAND IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION FOR ATTORNEY FEES AND COSTS |

I, Robert S. Dorband, being first duly sworn, depose and say:

1. I am an attorney licensed to practice law in Oregon. I have been practicing law for 25 years and have substantial experience in tort litigation.

2. I am currently employed as a Managing Attorney for Safeco Insurance Companies in Portland, Oregon, and in the course of my duties, I review attorney billing invoices.

DECLARATION OF ROBERT S. DORBAND — 1

3. I have reviewed the papers and underlying documents associated with the motion for attorney fees filed by the Defendants in the above-captioned matter. It is my opinion that the fees requested are unjustified under the circumstances. The role of Defendants' present counsel was limited to drafting a three-page opposition to Plaintiff's motion to strike another motion and reviewing the file subsequent to assuming responsibility for the matter.

4. It is my opinion that the 28.7 hours charged for reviewing the file prior to October 6, 2006 is excessive. The billing statement indicates 15.3 hours was charged subsequent to this date for file review in connection with the drafting of the Opposition, which appears reasonable. The fees associated with the excessive portion of the work amount to $7,976.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 24th day of July, 2007

_____
Robert S. Dorband

DECLARATION OF ROBERT S. DORBAND — 2