UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEONARD D. DUBOFF, | Case No. CV 06-358-HA |
| Plaintiff, | ORDER REGARDING ATTORNEY FEES AND COSTS |
| v. | |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., a Delaware Corporation, and MICHAEL GROSS, an individual, | |
| Defendants. | |

Before the court are defendant's request for attorney fees and costs [45], and plaintiff's objections [49]. After review of the memoranda, the court hereby overrules plaintiff's objections.

Defendant is awarded attorney fees in the amount of $17,223.00 and costs in the amount of $130.11

DATED this ___7___ day of October, 2007.

ANCER L. HAGGERTY
CHIEF U. S. DISTRICT COURT JUDGE