**Thomas H. Tongue, OSB No. 68167**
E-Mail:  tht@dunn-carney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324

    Of Attorneys for Defendants Playboy
    Enterprises International, Inc., and Michael Gross

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LEONARD D. DUBOFF**, <br>         Plaintiff, <br><br> v. <br><br> **PLAYBOY ENTERPRISES INTERNATIONAL, INC., a Delaware Corporation, and MICHAEL GROSS, an individual**, <br><br>         Defendants. | No. 06-CV-358-HA <br><br> **DEFENDANTS' SATISFACTION OF JUDGMENT** |

For valuable consideration, full and complete satisfaction is hereby acknowledged of the United States District Court, District of Oregon's order entered in this case on June 27, 2007 in favor of defendants and against plaintiff for $17,223.00 in attorney fees and $308.00 in costs.

DATED this 25th day of September, 2008.

        DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

        /s/ Thomas H. Tongue

        **Thomas H. Tongue, OSB No. 68167**
        Telephone:  (503) 224-6440
        Of Attorneys for Defendants Playboy
            Enterprises International, Inc., and Michael Gross